# EXHIBIT I

# EXHIBIT A

## 32 SITES SUBMITTED and REJECTED by DUNKIN

| SITE | YEAR | ADDRESS | TOWN |
|---|---|---|---|
| Dunkirk Town Center -Gas Station/7-11Square | 2006 | | |
| Dunkirk Village – Community Bank Location –endcap (Howlin) | 2007 | | |
| Penwick House | 2007 | 10363 Southern Maryland Boulevard | Dunkirk |
| BP Gas Station rt. (260 & Route 4) | | 10321 Southern Maryland Blvd | Dunkirk |
| Reid Building | 2007 | 2960 Penwick Lane | Dunkirk |
| R&J Liquors (adj lot) | 2008 | 2975 Chesapeake Beach Rd W | Dunkirk |
| Subway site | 2008 | 7995 Solomons Island Road | Owings |
| Dunkirk Amoco Gas Station (next to McDonalds) | 2008 | 2797 W Chesapeake Beach Rd | Dunkirk |
| Prince Frederick Shopping Center (Deli location end cap) | 2008 | 40 Dalrymple Rd | Sunderland |
| Antique Shop | 2009 | 10855 Town Center Blvd | Dunkirk |
| Fast Stop Gas Station/Laundermat | 2009 | 50 Solomons Island Rd S | Prince Frederick |
| Apple Green Shoppes | 2009/2014 | 3736 Chesapeake Beach Rd | Chesapeake Beach |
| | 2010/2014 | 8054 Bayside Rd | Chesapeake Beach |
| | 2010 | Route 4 and Ward Road | Dunkirk |
| Old Post Office (rt 2 and 4) | 2010 | 6401 Southern Maryland Blvd | Sunderland |
| Pad Site (Arby's) | 2010 | 10200 Kirksville Ln | Dunkirk |
| Fox Run (endcap)Joanns | 2011 | 521 Solomons Island Rd N | Prince Frederick |
| Pad Site (Arby's) | 2011/2014 | 784 N Price Frederick Blvd | Prince Frederick |
| Old Subway site | 2012 | 8020 Bayside Rd | Chesapeake Beach |

| | | | |
|---|---|---|---|
| Fox Run Kmart | 2013 | 521 Solomons Island Road | Prince Frederick |
| Chesapeake Station | 2014 | 7917 Bayside Rd | Chesapeake Beach |
| Pad Site (Roy Rogers) | 2014 | 14000 H G Truman Rd | Solomons |
| P.G. Savings Bank | 2014 | 2807 West Chesapeake Beach Road | Dunkirk |
| Central Square (Pet Grooming Site) | 2014 | 155 Central Square Dr | Prince Frederick |
| Central Square (Car wash site) | 2014 | 165 Central Square Dr | Prince Frederick |
| Gas Station (adj Prince Frederick Shopping Center) | 2014 | 10 Solomons Road | Prince Frederick |
| Vacant lot - Calvert Memorial Hospital (Pad site) | 2014 | 1135 N. Solomons Islands Road | Prince Frederick |
| Raw Land (adj Bob Evans) | 2015 | 105 and 145 N Solomons Island Road | Prince Frederick |
| Vacant lot (In front of Holiday Inn) | | Vacant lot (In front of Holiday Inn) | Prince Frederick |
| Chesapeake Hotel | | 4165 Mears Ave | Chesapeake Beach |