

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DUNKIN' DONUTS FRANCHISING LLC, ET AL.

Civil Action No.: 1:17-CV-11152-MLW

Plaintiff

**AFFIDAVIT OF SERVICE**

v.

NANCE PRETTO SIMMONS, ET AL.

Defendant

-------------------------------------------------------------/

STATE OF NEW YORK )
                    S.S.
COUNTY OF NEW YORK)

**TIMOTHY M. BOTTI**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 2nd day of August, 2017, at approximately the time of 6:00pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY RELIEF; AND PLAINTIFFS DUNKIN' DONUTS FRANCHISING LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3** upon **NKJ LUSBY DONUTS, LLC,** c/o REGINALD PRETTO, Registered Agent at 65 Cambridge Road, Montclair, NJ 07042 by personally delivering and leaving the same with the Registered Agent, **REGINALD PRETTO,** at that address.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**REGINALD PRETTO** is a tan male, approximately 48 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 180 pounds with short graying black hair, mustache and dark eyes.

TIMOTHY M. BOTTI, #843358

Sworn to before me this
4th day of August, 2017

NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com