# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISING LLC and BASKIN-ROBBINS FRANCHISING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NANCE PRETTO SIMMONS, a/k/a NANCE PRETTO-SIMMONS and NKJ LUSBY DONUTS LLC, <br><br> Defendants. | No. 1:17-cv-11152-MLW |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Plaintiffs Dunkin' Donuts Franchising LLC and Baskin-Robbins Franchising LLC in the above-captioned matter.

Date: September 1, 2017

Respectfully submitted,

*/s/ William M. Taylor*
William M. Taylor (BBO#624981)
PEPPER HAMILTON LLP
19th Floor, High Street Tower,
125 High Street
Boston, MA  02110-2736
(617) 204 -5100
taylorw@pepperlaw.com

*Attorneys for Plaintiffs*
*Dunkin' Donuts Franchising LLC*
*and Baskin-Robbins Franchising LLC*

**CERTIFICATE OF SERVICE**

        I hereby certify that this document filed on September 1, 2017 through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the NEF, and served via first class mail to Defendants' last known addresses as follows:

        NKJ Lusby Donuts, LLC
        c/o Reginald Pretto
        65 Cambridge Road
        Montclair, NJ 07042

        Nance Pretto Simmons
        4210 Beach Drive
        Chesapeake Beach, MD 20732

        */s/ William M. Taylor*
        William M. Taylor (BBO#624981)