UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISING LLC and BASKIN-ROBBINS FRANCHISING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NANCE PRETTO SIMMONS, a/k/a NANCE PRETTO-SIMMONS and NKJ LUSBY DONUTS LLC,<br><br>Defendants. | No. 1:17-cv-11152-MLW |

## AFFIDAVIT OF SERVICE UPON DEFENDANT NANCE PRETTO SIMMONS A/KA/ NANCE PRETTO-SIMMONS BY ALTERNATE MEANS IN ACCORDANCE WITH THE COURT'S NOVEMBER 2, 2017 ORDER

I, Jaclyn M. Essinger, hereby depose and state as follows:

1. I am an attorney with Pepper Hamilton, LLP duly licensed to practice in the United States District Court for the District of Massachusetts. I am counsel of record for Plaintiffs Dunkin' Donuts Franchising LLC and Baskin-Robbins Franchising LLC (collectively, "Dunkin'") in this matter. I make this affidavit based upon my own personal knowledge.

2. On November 2, 2017, this Court granted Dunkin's Motion for an Order Permitting Service of Process by Alternate Means on Defendant Nance Pretto Simmons a/k/a Nance Pretto-Simmons ("Pretto"). 11/2/2017 Order, ECF No. 22.

3. The Court's Order instructed that Dunkin' effect alternate service upon Ms. Pretto by: "(1) posting the summons and complaint at 4210 Beach Dr., Chesapeake Beach, Calvert, Maryland 20732; (2) delivering the summons and complaint to a person of suitable age

and discretion at the Dunkin' Donuts/Baskin Robbins franchise located at 174 Village Center Drive, Lusby, Maryland, 20657; and (3) e-mailing the summons and complaint to Nance Pretto-Simmons at mainance@msn.com and Gerald Marks at jerry@marksklein.com." *Id.* at 8.

4. On November 3, 2017, a process server from Capital Process Services, Inc. ("CPS") served Ms. Pretto by posting the summons and complaint on the front door of Ms. Pretto's last known residential address: 4210 Beach Dr., Chesapeake Beach, Calvert, Maryland 20732. Attached hereto as <u>Exhibit A</u> is a true and accurate copy of the Affidavit of Posting.

5. On November 3, 2017, undersigned counsel e-mailed the summons and complaint to Ms. Pretto at mainance@msn.com and Mr. Marks at jerry@marksklein.com. Attached hereto as <u>Exhibit B</u> is a true and accurate copy of the 11/3/2017 E-mail from J. Essinger to N. Pretto-Simmons and G. Marks.

6. On November 4, 2017, a process server from CPS served Ms. Pretto by delivering the summons and complaint to a person of suitable age and discretion at the Dunkin' Donuts/Baskin Robbins franchise located at 174 Village Center Drive, Lusby, Maryland, 20657 by delivering the aforementioned documents to Gary Howard, the manager present at the store. Attached hereto as <u>Exhibit C</u> is a true and accurate copy of the Affidavit of Service.

7. As recounted above, in accordance with the Court's Order, Dunkin' effected alternate service of the summons and complaint upon Ms. Pretto on November 4, 2017, which is the date that Dunkin' completed all three methods of alternate service set forth in the Order.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF NOVEMBER 2017.

_____
Jaclyn M. Essinger (BBO#679695)

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed on November 7, 2017 through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the NEF, and served via first class mail to Defendants' last known addresses as follows:

      NKJ Lusby Donuts, LLC
      c/o Reginald Pretto
      65 Cambridge Road
      Montclair, NJ 07042

      Nance Pretto Simmons
      4210 Beach Drive
      Chesapeake Beach, MD 20732

                            */s/ Jaclyn M. Essinger*
                            Jaclyn M. Essinger (BBO#679695)