| | |
|---|---|
| DUNKIN' DONUTS FRANCHISING LLC and BASKIN-ROBBINS FRANCHISING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NANCE PRETTO SIMMONS, a/k/a NANCE PRETTO-SIMMONS and NKJ LUSBY DONUTS LLC, <br><br> Defendants. | No. 1:17-cv-11152-MLW |

### AFFIDAVIT OF JACLYN M. ESSINGER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS NANCE PRETTO SIMMONS A/K/A NANCE PRETTO-SIMMONS AND NKJ LUSBY DONUTS LLC

I, Jaclyn M. Essinger, hereby depose and state as follows:

1.     I am an attorney with Pepper Hamilton, LLP duly licensed to practice in the United States District Court for the District of Massachusetts. I am counsel of record for Plaintiffs Dunkin' Donuts Franchising LLC and Baskin-Robbins Franchising LLC (collectively, "Dunkin'") in this matter. I make this affidavit in support of Dunkin's Motion for Default Judgment Against Defendants Nance Pretto Simmons, a/k/a Nance Pretto-Simmons ("Pretto") and NKJ Lusby Donuts LLC ("NKJ").

2.     Ms. Pretto is not a minor.

3.     Ms. Pretto is not an incompetent person.

4.      Pursuant to the federal Servicemembers Civil Relief Act, and to the best of my knowledge, information and belief, Ms. Pretto is not in the military service of the United States.

5.      NKJ is a limited liability company, and as such, is not a minor or incompetent person, and is not in the military service of the United States.

6.      On June 21, 2017, Dunkin filed its Complaint for Declaratory Judgment against Defendants Ms. Pretto and NKJ. *See* Complaint, ECF No. 1.

7.      Ms. Pretto owns 100% of NKJ and she at all times has been NKJ's Managing Member. *See* Complaint ¶ 9, ECF No. 1; Affidavit of Jeffrey L. Karlin in Support of Motion for Default Judgment ¶ 3 (submitted herewith).

8.      Dunkin' served the Summons and Complaint on NKJ on August 2, 2017. Despite being properly served, NKJ failed to appear or otherwise defend this action. On October 26, 2017, the Clerk entered a default against NKJ. *See* Entry of Default as to NKJ, ECF No. 19.

9.      Dunkin' served the Summons and Complaint on Ms. Pretto on November 4, 2017 pursuant to the Court's order permitting alternate service. *See* Affidavit of Alternate Service, ECF No. 24. Despite being properly served, Ms. Pretto has also failed to appear or otherwise defend this action. On December 7, 2017, the Clerk entered a default against Ms. Pretto. *See* Entry of Default as to Pretto, ECF No. 28.

10.      Despite being served with Dunkin's requests for the entry of default against them, Defendants have still not answered, defended or even appeared in this action.

11.      Attached hereto as <u>EXHIBIT 1</u> is a true and accurate copy of the December 30, 2004 Multiple Unit Store Development Agreement (the "2004 SDA"). The 2004 SDA was also attached as Exhibit A to Dunkin's Complaint, ECF No. 1-3.

2

12.     Attached hereto as <u>EXHIBIT 2</u> is a true and accurate copy of the July 15, 2006 Franchise Agreement. The July 15, 2006 Franchise Agreement was also attached as Exhibit B to the Complaint, ECF No. 1-4.

13.     Attached hereto as <u>EXHIBIT 3</u> is a true and accurate copy of the June 21, 2007 First Amendment to Store Development Agreement at § 7 (the "2007 Release"). The 2007 Release was also attached as Exhibit C to the Complaint, ECF No. 1-5.

14.     Attached hereto as <u>EXHIBIT 4</u> is a true and accurate copy of a list Ms. Pretto prepared of the sites she alleges Dunkin' rejected on a discriminatory basis during the terms of the 2004 and 2011 SDAs ("Submitted and Rejected Sites"). The Submitted and Rejected Sites was also attached as Exhibit I to the Complaint, ECF No. 1-11.

15.     Attached hereto as <u>EXHIBIT 5</u> is a true and accurate copy of the April 8, 2009 Termination of Store Development Agreement and Release (the "2009 Release"). The 2009 Release was also attached as Exhibit E to the Complaint, ECF No. 1-7.

16.     Attached hereto as <u>EXHIBIT 6</u> is a true and accurate copy of the August 26, 2011 Store Development Agreement ("2011 SDA"). The 2011 SDA was also attached as Exhibit F to the Complaint, ECF No. 1-8.

17.     Attached hereto as <u>EXHIBIT 7</u> is a true and accurate copy of the November 13, 2013 First Amendment to Store Development Agreement (the "2013 Release"). The 2013 Release was also attached as Exhibit G to the Complaint, ECF No. 1-9.

18.     Attached hereto as <u>EXHIBIT 8</u> is a true and accurate copy of the April 14, 2015 Termination of Store Development Agreement and Release (the "2015 Release"). The 2015 Release was also attached as Exhibit H to the Complaint, ECF No. 1-10.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5ᵗʰ DAY OF JANUARY 2018.

_____
Jaclyn M. Essinger (BBO#679695)

### CERTIFICATE OF SERVICE

I hereby certify that this document filed on January 5, 2018 through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the NEF, and served via first class mail to Defendants' last known addresses as follows:

NKJ Lusby Donuts, LLC
c/o Reginald Pretto
65 Cambridge Road
Montclair, NJ 07042

Nance Pretto Simmons
4210 Beach Drive
Chesapeake Beach, MD 20732

/s/ Jaclyn M. Essinger
Jaclyn M. Essinger (BBO#679695)