UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DUNKIN' DONUTS FRANCHISING LLC
and BASKIN-ROBBINS FRANCHISING
LLC,

      Plaintiffs,

v.

NANCE PRETTO SIMMONS, a/k/a NANCE
PRETTO-SIMMONS and NKJ LUSBY
DONUTS LLC,

      Defendants.

No. 1:17-cv-11152-MLW

**AFFIDAVIT OF JEFFREY L. KARLIN IN SUPPORT OF PLAINTIFFS'
IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANTS NANCE PRETTO SIMMONS A/K/A
NANCE PRETTO-SIMMONS AND NKJ LUSBY DONUTS LLC**

I, Jeffrey L. Karlin, hereby depose and state as follows:

1. I make this affidavit in support of Plaintiffs' Motion for Default Judgment Against Defendants Nance Pretto Simmons, a/k/a Nance Pretto-Simmons ("Pretto") and NKJ Lusby Donuts LLC ("NKJ") filed on behalf of Plaintiffs Dunkin' Donuts Franchising LLC and Baskin-Robbins Franchising LLC (collectively, "Dunkin'"). I make this affidavit based upon my own personal knowledge.

2. I am Director and Legal Counsel for Dunkin' Brands, Inc.

3. Ms. Pretto is currently the 100% owner of NKJ Lusby Donuts LLC, the franchisee that developed and operates the combination Dunkin' Donuts/Baskin-Robbins franchise located at 174 Village Center Drive, Lusby, MD 20657 (the "Lusby Franchise").

1

4. Pursuant to her Franchise Agreement with Dunkin', Ms. Pretto has submitted profit and loss statements for the Lusby Franchise to Dunkin' over the last 10 years that confirm that the Lusby Franchise has had a combined net cash flow and owner's draw in excess of $750,000 and EBITA of more than $2 million. The Profit and Loss Statements that Ms. Pretto provided to Dunkin' for the last 10 years are attached hereto as composite Exhibit A.

5. In 2016, the Lusby Franchise's annual sales were $1.4 million. *See* Exhibit A.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5TH DAY OF JANUARY 2018.

_____
Jeffrey L. Karlin

# CERTIFICATE OF SERVICE

        I hereby certify that this document filed on January 5, 2018 through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the NEF, and served via first class mail to Defendants' last known addresses as follows:

NKJ Lusby Donuts, LLC
c/o Reginald Pretto
65 Cambridge Road
Montclair, NJ 07042

Nance Pretto Simmons
4210 Beach Drive
Chesapeake Beach, MD 20732

                                        /s/ *Jaclyn M. Essinger*
                                        Jaclyn M. Essinger (BBO#679695)