UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DUNKIN' DONUTS FRANCHISING )
LLC and BASKIN-ROBBINS )
FRANCHISING LLC, )
    Plaintiffs, )
)
    v. ) C.A. No. 17-11152-MLW
)
NANCY PRETTO SIMMONS a/k/a )
NANCE PRETTO-SIMMONS and NKJ )
LUSBY DONUTS LLC, )
    Defendants. )

## MEMORANDUM AND ORDER

WOLF, D.J.                                                        August 10, 2018

Plaintiffs Dunkin' Donuts Franchising LLC ("Dunkin' Donuts") and Baskin-Robbins Franchising LLC ("Baskin-Robbins") filed this case against defendants Nancy Pretto Simmons ("Pretto") and NKJ Lusby Donuts LLC ("NKJ Lusby") seeking declaratory relief concerning the validity of releases signed by Pretto. Despite being served with the complaint, neither defendant has appeared in this case. The clerk entered Notices of Default against both Pretto and NKJ Lusby. Plaintiffs subsequently filed a Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b) against both defendants.

The court is obligated to determine whether it has subject matter jurisdiction over a case before entering judgment. See D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011); Pramco, LLC ex rel. CFSC Consortium, LLC

v. San Juan Bay Marina, Inc., 435 F.3d 51, 54 (1st Cir. 2006). However, the court cannot now determine whether complete diversity of citizenship exists between the plaintiffs and defendants such that it may properly exercise diversity jurisdiction in this case. See 28 U.S.C. §1332(a)(1). For unincorporated entities like the plaintiffs, citizenship is based on "the citizenship of all [its] members." Americold Realty Tr. v. Conagra Foods, Inc., 136 S. Ct. 1012, 1015 (2016) (quotations omitted). Although the complaint sufficiently alleges diversity of citizenship between the defendants and Dunkin' Donuts, it does not contain sufficient information about Baskin-Robbins' members to allow the court to determine Baskin-Robbins' citizenship.

In view of the foregoing, it is hereby ORDERED that:

1. Plaintiffs shall, by August 24, 2018, file an affidavit of jurisdictional facts describing the identities and place of citizenship of each of the members of Baskin-Robbins, sufficient to allow the court to determine Baskin-Robbins' citizenship.

2. Plaintiffs' Motion for Default Judgment (Docket No. 30) is DENIED without prejudice.

/s/ _____
UNITED STATES DISTRICT JUDGE