UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISING LLC and BASKIN-ROBBINS FRANCHISING LLC, <br><br>      Plaintiffs, <br><br>      v. <br><br>NANCE PRETTO SIMMONS, a/k/a NANCE PRETTO-SIMMONS and NKJ LUSBY DONUTS LLC, <br><br>      Defendants. | C.A. No. 1:17-cv-11152-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Matthew A. Kane on behalf of Plaintiffs Dunkin' Donuts Franchising LLC and Baskin-Robbins Franchising LLC in this action.

                                              Respectfully submitted,

                                              DUNKIN' DONUTS FRANCHISING LLC and
                                              BASKIN-ROBBINS FRANCHISING LLC,

                                              By their attorney,

                                              /s/ Matthew A. Kane
                                              Matthew A. Kane, BBO# 666981
                                              Laredo & Smith, LLP
                                              101 Federal Street, Suite 650
                                              Boston, MA 02110
                                              (617) 443-1100
Date: August 23, 2018                     kane@laredosmith.com

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed on August 23, 2018 through the Court's CM/ECF system, will be sent electronically to the registered participants identified on the NEF, and served via first class mail to Defendants' last known addresses as follows:

      NKJ Lusby Donuts, LLC
      c/o Reginald Pretto
      65 Cambridge Road
      Montclair, NJ 07042

      Nance Pretto Simmons
      4210 Beach Drive
      Chesapeake Beach, MD 20732

      /s/ Matthew A. Kane
      Matthew A. Kane

Date: August 23, 2018

4828-0094-9872, v. 4